UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNIE ISABEL KOCH, | Case No. C17-1701-JPD |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION FOR EAJA FEES, COSTS AND EXPENSES |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Dkt. 17. Based on the parties' stipulated motion and plaintiff's EAJA petition, the Court ORDERS that the stipulated motion is GRANTED, and that EAJA attorney's fees of $7,859.00, expenses in the amount of $3.43, and costs in the amount of $410.90, for a total of $8,273.33 shall be awarded to plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to plaintiff's counsel, Rosemary B. Schurman. However, if the U.S. Department of the Treasury verifies to the Office of General Counsel that plaintiff does not

//

//

ORDER
PAGE - 1

owe a debt, the government shall honor plaintiff's assignment of EAJA Fees and pay EAJA fees, costs and expenses directly to Rosemary B. Schurman.

DATED this 3rd day of December, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2